1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
    450 Golden Gate Avenue, Box 36055
7   San Francisco, California  94102
    Telephone:   (415) 436-7071
8   Facsimile:   (415) 436-7234
    Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                         SAN FRANCISCO DIVISION
15

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-70809 JCS |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 and 18 U.S.C. § 3161 |
| v. ) | |
| WALTER ADILIO AJIATAS-MAZARIEGOS a/k/a WALTER ADILIO MAZARIEGOS, a/k/a WILSON REYES, and a/k/a WILFRED CASTANEDA, ) | |
| Defendant. ) | |

On December 4, 2008, the parties in this case appeared before the Court for the defendant's detention hearing. At that time, the parties requested, and the Court agreed, to set the date for the defendant's preliminary hearing or arraignment on December 18, 2008. The parties also requested that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70789 JL                                                                                              1

1  time limits set forth in FRCP 5.1(c) be extended through December 18, 2008. The parties agree
2  that, taking into account the public interest in prompt disposition of criminal cases, good cause
3  exists for this extension.
4      The defendant also agrees to exclude for this period of time any time limits applicable
5  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the
6  reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The
7  parties also agreed that the ends of justice served by granting such a continuance outweighed the
8  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
9  SO STIPULATED:
10
11                      JOSEPH P. RUSSONIELLO
                    United States Attorney
12
13  DATED: December 10, 2008           /s/
                    TAREK J. HELOU
14                      Assistant United States Attorney
15
16  DATED: December 10, 2008           /s/
                    STEVEN G. KALAR
17                      Attorney for WALTER A. AJIATAS-MAZARIEGOS
18      For the reasons stated above, the Court finds that the extension of time for the defendant's
19  preliminary hearing or arraignment through December 18, 2008 is warranted and that the ends of
20  justice served by the continuance outweigh the best interests of the public and the defendant in a
21  speedy trial. 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested
22  continuance would deny the defendant effective preparation of counsel, and would result in a
23  miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).
24
25  SO ORDERED.
26
27  DATED: 12/10/08
28                      THE HONORABLE EDWARD M. CHEN
                    United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70789 JL                                                        2